IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Francisco J. Martinez-Martinez, | ) | No. CV 05-443-TUC-CKJ |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| United States of America, | ) ) | |
| Defendant. | ) ) ) | |

    Pending before the Court is the Motion to Dismiss filed by Defendant on 8/5/05; Plaintiff was required to file a response within 30 days. *See* LRCiv 7.2(c); LRCiv 12.1; Fed.R.Civ.P. 6(a). The Court has not received any such response.

    LRCiv 7.2(j) provides that "if the opposing party does not serve and file the required answering memoranda . . . such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."

Accordingly, IT IS HEREBY ORDERED that the Motion to Dismiss filed by Defendant (Doc. #3) is **summarily granted**. IT IS FURTHER ORDERED that this **case is dismissed with prejudice, and the Clerk of the Court shall enter judgment accordingly and close the file in this matter**.

DATED this 20th day of October, 2005.

_____
Cindy K. Jorgenson
United States District Judge